GERALD BERNARD DATTS, JR., )
)
    Plaintiff, )
)
v. ) Case No. CV410-220
)
DARYLE McCORMICK, )
)
    Defendant. )

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 5th day of April, 2011.

                                          WILLIAM T. MOORE, JR.
                                        UNITED STATES DISTRICT JUDGE
                                        SOUTHERN DISTRICT OF GEORGIA